UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Peter Parnell, et al.<br><br>Plaintiff,<br><br>v.<br><br>School Board of Nassau County, Florida, et al.,<br><br>Defendant. | Case No. 3:24-cv-00492-WWB-MCR<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE AND RETAIN JURISDICTION** |

Peter Parnell, Justin Richardson, E.M. by and through her parent Sara Moerman, A.M. by and through her parent Sara Moerman, Sara Moerman, M.L. by and through her parent Toby Lentz, and Toby Lentz (the "Plaintiffs") and the School Board of Nassau County Florida, Dr. Kathy Burns in her official capacity as Superintendent of the Nassau County School District, Mark Durham in his official capacity as Assistant Superintendent of the Nassau County School District, Dr. Misty Mathis in her official capacity as Executive Director of Instruction of the Nassau County School District, and Dr. Kari Burgess-Watkins in her official capacity as Director of Instructional Technology & Information Services of the Nassau County School District (the "Defendants," and together with Plaintiffs, the "Parties"), having entered into a Settlement Agreement, attached hereto as Exhibit 1, to resolve their claims, jointly move this Court for entry of an Order conditionally dismissing Plaintiffs' claims against Defendants, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, incorporating the terms of the attached Settlement Agreement pursuant to Fed. R. Civ. P. 41(a)(2), and retaining jurisdiction to enforce the Settlement Agreement in accordance with its terms for the duration of the Settlement Agreement.  A proposed order is attached hereto as Exhibit 2.

Dated: New York, NY
September 12, 2024

Respectfully submitted,

SELENDY GAY PLLC

Anna T. Neill (FBN 100945)
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel: 305-373-1000
atn@knpa.com

By:   /s/    *Lauren J. Zimmerman*
Faith E. Gay (FBN: 129593)
Lauren J. Zimmerman*
Masha Simonova*
Alexandra Butler*
SELENDY GAY, PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
fgay@selendygay.com
lzimmerman@selendygay.com
msimonova@selendygay.com
abutler@selendygay.com

*Counsel for Plaintiffs*

*(admitted *pro hac vice*)

STEGER LAW FIRM, PLLC
1869 South 8th Street
(P): 904-261-2848
(F): 904-261-4476
(E): Brett@StegerLegal.com

By:   /s/    *Brett Steger*
BRETT L. STEGER
ATTORNEY FOR DEFENDANTS
FLORIDA BAR No. 102222

2